UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREG PROCTOR, #120367 | ) | |
| | ) | |
| v. | ) | NO. 3:13cv0309 |
| | ) | JUDGE SHARP |
| SHERIFF JEFF BLEDSOE, et al. | ) | |
| | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/29/2014.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk